# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

MICHAEL GIESBRECHT,

    Plaintiff(s),

v.

JULIE WILLIAMS, et al.,

    Defendant(s).

Case No. 2:23-cv-00927-JAD-NJK

**ORDER**

[Docket No. 37]

Pending before the Court is Plaintiff's motion to correct the names of three defendants. Docket No. 37. No response has been filed. Accordingly, the motion to correct is **GRANTED**. The Clerk's Office is **INSTRUCTED** to update the docket in that (1) Brian Keeperman is replaced with Brian Kipperman; (2) D.J. is replaced with D. Jesus, and (3) Rayford is replaced with Rayford III.

The Office of the Attorney General previously indicated that it could not identify D.J. or Rayford with respect to accepting service. *See* Docket No. 24 at 2. Given the additional identifying information for D. Jesus and Rayford III, the Office of the Attorney General must file, by August 15, 2024, a supplemental notice indicating whether it can now identify these individuals and whether it accepts service for them.[1]

IT IS SO ORDERED.

Dated: July 30, 2024

                                                Nancy J. Koppe
                                                United States Magistrate Judge

---

[1] The Office of the Attorney General has already indicated that it cannot accept service for Brian Kipperman, Docket No. 24 at 1, so the Court does not require a supplement as to Kipperman.