**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

MICHAEL GIESBRECHT,

     Plaintiff(s),

v.

JULIE WILLIAMS, et al.,

     Defendant(s).

Case No. 2:23-cv-00927-JAD-NJK

**ORDER**

[Docket No. 47]

Pending before the Court is mail returned as undeliverable and reflecting that Plaintiff has been transferred to Ely State Prison.  Docket No. 47.  To be abundantly clear, it is Plaintiff's responsibility to update his address if he relocates in the future.  Local Rule IA 3-1.  Nonetheless, because the record already reflects Plaintiff's new location and as one-time courtesy, the Court **INSTRUCTS** the Clerk's Office to update Plaintiff's address on the docket to reflect his housing at Ely State Prison.

     IT IS SO ORDERED.

     Dated: September 16, 2024

_____
Nancy J. Koppe
United States Magistrate Judge