AARON D. FORD
  Attorney General
RUDOLF M. D'SILVA (Bar No. 16227)
  Deputy Attorney General
State of Nevada
Office of the Attorney General
1 State of Nevada Way, Suite 100
Las Vegas, Nevada 89119
Tel: (702) 486-3375
Fax: (702) 486-3768
Email: rdsilva@ag.nv.gov

*Attorneys for Defendants*
*Robert Ashcraft, Jay Barth, Efren DeJesus,*
*Frank Lopez, Alejandro Morales,*
*Elisha Rayford III, Omar Sanchez,*
*Julie Williams, and Jacob Walden*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL GIESBRECHT, | Case No. 2:23-cv-00927-JAD-NJK |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |
| JULIE WILLIAMS, *ET AL.*, | |
| Defendants. | ECF No. 51 |

Plaintiff, Michael Giesbrecht, and Defendants, by and through counsel, Aaron D. Ford, Nevada Attorney General, and Rudolf M. D'Silva, Deputy Attorney General, hereby stipulate that the above-captioned action should be dismissed with prejudice by order of this Court, with each party to bear their own costs.

///
///
///
///
///
///
///

DATED this 9th 10th day of October, 2024.

By: _____
Michael Giesbrecht (NDOC # 1099572)
Plaintiff, Pro Se

DATED this 9th day of October, 2024.
AARON D. FORD
Attorney General

By: /s/ Rudolf M. D'Silva
Rudolf M. D'Silva (Bar No. 16227)
Deputy Attorney General
*Attorneys for Defendants*

## ORDER

Based on the parties' stipulation **[ECF No. 51]** and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs.  The **Clerk of Court** is directed to **CLOSE THIS CASE**.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: October 29, 2024